

**Office of the Clerk**
**UNITED STATES COURT of APPEALS for the NINTH CIRCUIT**
95 Seventh Street, Post Office Box 193939
San Francisco, California 94119-3939

Molly Dwyer, Clerk of Court  (415) 355-8000

February 21, 2013

Kamala D. Harris, Attorney General
Office of the Attorney General, State of California
1300 I Street
Sacramento, CA 95814

Dear Ms. Harris:

In accordance with Federal Rule of Appellate Procedure 44 and 28 U.S.C. § 2403(b), we are certifying to the Attorney General of the State of California a constitutional challenge to a state statute raised in a pending appeal in which the State of California is not a party.

The case is: *McKay v. Hutchens.*, no. 12-57049. The state statute at issue is California Penal Code § 26150.

The attorneys are:

| | |
|---|---|
| Anna Barvir, Esq. | Nicholas S. Chrisos, Esq. |
| Sean Anthony Brady, Esq. | Elizabeth Pejeau, Esq. |
| Glenn McRoberts, Esq. | Marianne Van Riper, Esq. |
| Carl D. Michel, Esq. | Office of County Counsel |
| Michel & Associates, P.C. | Fourth Floor |
| Suite 200 | 333 W. Santa Ana Blvd. |
| 180 E. Ocean Blvd. | Santa Ana, CA 92702-1379 |
| Long Beach, CA 90802 | |

FOR THE COURT:
Jennifer Nutt
Staff Attorney/Deputy Clerk