

**THE COUNTY COUNSEL**
**COUNTY OF ORANGE**
333 W. SANTA ANA BLVD., SUITE 407
SANTA ANA, CA 92701
MAILING ADDRESS: P.O. BOX 1379
SANTA ANA, CA 92702-1379
(714) 834-3300
FAX: (714) 834-2359

Marianne Van Riper
Supervising Deputy
(714) 834-6020

May 23, 2012

NICHOLAS S. CHRISOS
COUNTY COUNSEL

JACK W. GOLDEN
CHIEF ASSISTANT

JEFFREY M. RICHARD
SENIOR ASSISTANT

WANDA S. FLORENCE
SENIOR ASSISTANT

ADRIENNE SAURO HECKMAN
KAREN R. PRATHER
GEOFFREY K. HUNT
CHRISTOPHER J. MILLER
JOHN H. ABBOTT
JANELLE B. PRICE
ANN E. FLETCHER
MARGARET E. EASTMAN
MARK R. HOWE
DANA J. STITS
MARIANNE VAN RIPER
JAMES C. HARMAN
JULIE J. AGIN
LAURIE A. SHADE
DANIEL H. SHEPHARD
JOYCE RILEY
PAULA A. WHALEY
THOMAS A. MILLER
STEVEN C. MILLER
CAROLYN S. FROST
ROBERT N. ERVAIS
LAURA D. KNAPP
ROGER P. FREEMAN
NICOLE A. SIMS
NIKHIL G. DAFTARY
JEANNIE SU
JAMES C. HARVEY
WENDY J. PHILLIPS
TERI L. MAKSOUDIAN
LEON J. PAGE
ANGELICA CASTILLO DAFTARY
KAREN L. CHRISTENSEN
MICHAEL A. HAUBERT
RYAN M. F. BARON
BRAD R. POSIN
SAUL REYES
AURELIO TORRE
MARK D. SERVINO
DEBBIE TORREZ
JACQUELINE GUZMAN
ANDREA COLLER
PAUL M. ALBARIAN
D. KEVIN DUNN
LORI A. TORRISI
MASSOUD SHAMEL
SHARON VICTORIA DURBIN
REBECCA S. LEEDS
NICOLE M. WALSH
ELIZABETH A. PEJEAU
LAUREN C. BAUER
GABRIEL J. BOWNE
JULIA C. WOO
LAUREL M. TIPPETT
MARK A. BATARSE
ADAM C. CLANTON
KRISTEN K. LECONG
ERIC A. DIVINE
COURTNEY S. WUCETICH
JAMES D. P. STEINMANN
VANESSA D. ATKINS
SUZANNE E. SHOAI
DEBORAH B. MORSE
DEPUTIES

**VIA E-FILING**

Molly Dwyer, Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, California 94103

    Re:    *Dorothy McKay, et al. v. Sheriff Sandra Hutchens, et al.*
           U.S. Courts for the Ninth Circuit Case No. 12-57049
           D.C. No.: 8:12-cv-01458-JVS-JPR

Dear Ms. Dwyer:

      Pursuant to FRAP, Rule 28(j), counsel for Defendants-Appellees, Sheriff Sandra Hutchens and the Orange County Sheriff-Coroner Department, hereby inform the Court that new case authority came to the attention of counsel after briefing has been completed. The case is *Woollard v. Gallagher*, 712 F.3d 865 (4th Cir. March 21, 2013). (The *Woollard* District Court unpublished decision was cited by Appellants in their opening brief for the proposition that the right to bear arms extends beyond the home, and was previously distinguished in Respondents' brief at pp.24-27.) The unpublished decision has since been overruled.

      In *Woollard*, Plaintiffs filed an action against Maryland's state officials ("Defendants") seeking to enjoin the enforcement of a section of the Public Safety Article of the Maryland Code, which imposed conditions for a permit to carry a handgun in public. Under the permitting scheme, the Secretary of the Maryland State Police must make certain findings including that the applicant "has good and substantial reason to wear, carry, or transport a handgun" and that a "permit is necessary as a reasonable precaution against apprehended danger." The "apprehended danger cannot be established by, inter alia, a 'vague threat' or a general fear of 'liv[ing] in a dangerous society." The Plaintiffs alleged that the permit requirement violated the Second Amendment and prevailed in the District Court. Defendants appealed.

      The Court of Appeal reversed, declining to decide the issue of whether the challenged statute implicates Second Amendment protections, reasoning that analysis was not necessary because "the good-and-substantial-reason requirement passes constitutional muster under what we have deemed to be the applicable standard—intermediate scrutiny." The Court rejected the proposition that it must apply strict

Molly Dwyer, Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
May 23, 2013
Page 2

scrutiny whenever the law impinges upon a fundamental right. The Court also found that the good-and-substantial-reason requirement was reasonably adapted to Maryland's significant interests of crime prevention. The Court also rejected Plaintiffs' facial challenge.

The case is relevant to Respondents' arguments about the proper standard of review (Resp. Brief, pp. 33-376) and that requiring a certain reason to obtain a permit is reasonably adapted to the state's interest in public safety and crime reduction (Resp. Brief, pp.38-48).

      Very truly yours,

      NICHOLAS S. CHRISOS
      COUNTY COUNSEL

      By *Marianne Van Riper*
      Marianne Van Riper, Senior Deputy

MVR:mll
ec/cc:  All Parties of Record (via ECF/U.S.PS.—see attached Proof of Service)

9th Circuit Case Number: 12-57049

## CERTIFICATE OF SERVICE
Page 1

I hereby certify that I electronically filed the foregoing letter dated May 23, 2013, to Molly Dwyer, Clerk of Court of the U.S. Court of Appeals for the Ninth Circuit with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on May 23, 2013.

The following participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

Anna Barvir, Esq.
Sean Anthony Bardy, Esq.
Glenn McRoberts, Esq.
Carl D. Michel, Esq.
Matt Bower, Esq.
Sean Anthony Brady, Esq.
John C. Eastman, Esq.
Stephen Porter Halbrook, Esq.
Don Kates, Esq.
David Kopel, Esq.
Cameron Robert Cloar, Esq.
Neil R. O'Hanton, Esq.

9th Circuit Case Number: 12-57049

CERTIFICATE OF SERVICE
Page 2

I further certified that on May 23, 2013, I mailed a copy of the above-stated letter via United States Postal Service to the following:

Molly Dwyer, Clerk of Court
Office of the Clerk
James R. Browning Courthouse
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, California 94119-3939

Kamala D. Harris, California Attorney General
Office of the Attorney General
1300 "I" Street
Sacramento, CA 95814

Executed this 23rd day of May, 2013.

_____
Marzette L. Lair